UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT HACK, )<br>)<br>)<br>    **Plaintiff**    )<br>)<br>)<br>)<br>)<br>)<br>**v.**    )<br>)<br>LOWE'S HOME CENTERS, INC.,)<br>)<br>    **Defendant**    ) | **Civil Action**<br>**Case No.:** 2:15-cv-00498-DBH<br><br>**STIPULATION OF DISMISSAL** |

NOW COME the parties and hereby stipulate that this matter may be dismissed with prejudice and without costs to either party.

Date: July 27, 2016

*/s/ Verne Paradie*
Verne E. Paradie, Jr. Bar No: 8929
Attorney for Plaintiff
**Paradie, Sherman, Walker & Worden**
217 Main St., Suite 400
Lewiston, ME 04240
207-344-9362

Dated: July 27, 2016

*/s/ Brian Champion*
Brian L. Champion Esq.
Attorney for Defendant
Libby O'Brien Kingsley & Champion, LLC
62 Portland Rd., Suite 17
Kennebunk, ME 04043

1

## CERTIFICATE OF SERVICE

      I, Verne E. Paradie, Jr., Attorney for the Plaintiff, hereby certify that on July 27, 2016, I electronically filed a Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send notice of the same to the following individuals:

Brian Champion: BChampion@lokllc.com


Dated: July 27, 2016

                                          */s/ Verne E. Paradie, Jr.*
                                          Attorney for Plaintiff
                                          Bar No: 8929
                                          217 Main Street, Suite 400
                                          Lewiston, ME 04240
                                          207-344-9362